# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| A.K.W., A MINOR, BY AND THROUGH HIS MOTHER, SHERI STEWART | § § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:09cv703-HSO-JMR |
| EASTON-BELL SPORTS, INC., et al. | § § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [111] of Easton-Bell Sports, Inc., Easton Sports, Inc., Bell Sports Corp., Riddell Sports Group, Inc., Easton-Bell Sports, LLC, Bell Sports, Inc., EB Sports Corp., and RBG Holding Corp., and the Motion for Summary Judgment [104] of Defendants Riddell, Inc., and All American Sports Corporation.[1]  The Court, after a full review and consideration of the parties' submissions, the relevant pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order [129] entered on March 9, 2011, and its Memorandum Opinion and Order herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of all Defendants pursuant to FED. R. CIV. P. 56.  This Civil Action is hereby dismissed with prejudice.  All remaining pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

---

[1] The Motion for Summary Judgment [104] was also filed by Defendants Easton-Bell Sports, Inc., Easton Sports, Inc., Bell Sports Corp., Riddell Sports Group, Inc., Easton-Bell Sports, LLC, Bell Sports, Inc., and EB Sports Corp., and RBG Holding Corp.  However, these Defendants were dismissed from this lawsuit prior to the Court's ruling on the Motion [104].  Ct. Order [129].