IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| A.K.W., A MINOR, BY AND | § | |
| THROUGH HIS MOTHER, SHERI | § | |
| STEWART | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:09cv703-HSO-JMR |
| | § | |
| EASTON-BELL SPORTS, INC., et al. | § | DEFENDANTS |

ORDER GRANTING DEFENDANTS' MOTION
TO RENEW PREVIOUSLY FILED MOTIONS

BEFORE THE COURT is the Motion to Renew Previously Filed Motions [144]

of Defendants All American Sports Corporation and Riddell, Inc., filed on December 1,

2011, in the above captioned case.  Plaintiff has filed a Response [147], and

Defendants a Reply [148].  After consideration of the submissions of the parties and

the record in this case, the Court finds that Defendants' Motion should be granted.

I.  DISCUSSION

On November 17, 2010, Defendants filed a Motion for Summary Judgment

[104], as well as a separate Motion to Exclude the Testimony and Opinions of Ali

Engin [106], Plaintiff's expert witness.  By Order [130] dated March 23, 2011, this

Court granted summary judgment in Defendants' favor and denied all other pending

Motions as moot.  Order [130] at p. 11.  On appeal, the United States Court of

Appeals for the Fifth Circuit reversed this Court's grant of summary judgment.

*A.K.W. v. Easton-Bell Sports, et al.*, No. 11-60293 (Oct. 18, 2011).

Defendants now seek to "renew their Motion to Exclude Engin and Motion for

Summary Judgment, to the extent it was based on the Motion to Exclude Engin."

Mot. at p. 2.  This Court's March 23, 2011, Order [130] did not reach the merits of

Defendants' Motion to Exclude Engin [106], and while the Fifth Circuit did

reference portions of Engin's testimony in its opinion, it did not directly address the

full scope of Defendants' Motion to Exclude [106].  Defendants should therefore be

permitted to file an appropriate motion as to Engin in accordance with the

deadlines established at the January 18, 2012, Case Management Conference.

## II.  CONCLUSION

Based upon the foregoing, Defendants' Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion to

Renew Previously Filed Motions [144] of Defendants All American Sports Corporation

and Riddell, Inc., is **GRANTED**, and any motions must be filed in accordance with

the deadlines established at the January 18, 2012, Case Management Conference.

**SO ORDERED AND ADJUDGED**, this the 10th day of January, 2012.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE