IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

A.K.W., a minor, by and
through his mother,
Sheri Stewart                                                                                    PLAINTIFF

V.                                                            Civil No. 1:09CV703-HSO-JMR

RIDDELL, INC. and
ALL AMERICAN SPORTS CORP.                                                  DEFENDANTS

## FINAL JUDGMENT

This case having come on for trial before the Court and a jury beginning on the 15th day of October, 2012, and concluding on the 19th day of October, 2012, Honorable Halil Suleyman Ozerden, United States District Judge, presiding, and the issues having been duly tried, and the jury having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, and having retired to consider their verdict, returned upon their oaths, into open Court, the following unanimous verdict, to wit:

**(1)** Based upon the Court's instructions to you, do you find by a preponderance of the evidence that Defendants are liable to Plaintiff?

Please answer yes or no:     No

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that judgment is hereby rendered in favor of Defendant Riddell, Inc., and All American Sports Corporation.

**SO ORDERED AND ADJUDGED**, this the 19th day of October, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE